# UNITED STATES DISTRICT COURT
for the
Western District of New York

Carlo Robert D'Angelo Pro Se
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

ERIE COUNTY Sheriffs OFFice
3 UNKNOWN ERIE COUNTY SHeriffs Officers
Niagara Radisson Hotel - GRAND ISLAND
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 24 CV 298
*(to be filled in by the Clerk's Office)*

**JURY TRIAL:** Yes X No ___

UNITED STATES DISTRICT COURT
FILED
MAR 29 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: CARLO Robert D'Angelo

All other names by which you have been known:

ID Number:

Current Institution: 151411A

Address: P.O Box 496

Lockport (City) NY (State) 14094 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: ERIE COUNTY SHERIFF's Office

Job or Title *(if known)*: 3 UNKNOWN officers

Shield Number:

Employer:

Address: 100 Whitehaven Rd.

Grand Island (City) NY (State) (Zip Code)

[X] Individual capacity [X] Official capacity

Defendant No. 2

Name: Radisson Hotel Niagara Falls

Job or Title *(if known)*: owned by UNKNOWN at/on June 16, 2021

Shield Number:

Employer:

Address: 100 Whitehaven Rd

GRAND ISLAND (City) NY (State) 14072 (Zip Code)

[X] Individual capacity [X] Official capacity

Elevate
HAVEN 100 Project. llc. / 2022

GRAND SAM Island LLC

Defendant No. 3

Name: ERIE County Sheriffs Office
Job or Title *(if known)*:
Shield Number:
Employer:
Address:

City / State / Zip Code

☐ Individual capacity ☒ Official capacity

Defendant No. 4

Name:
Job or Title *(if known)*:
Shield Number:
Employer:
Address:

City / State / Zip Code

☐ Individual capacity ☐ Official capacity

**II. Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I'M CLAIMING MY 4th AMENDMENT CONSTITUTIONAL RIGHT WAS VIOLATED by both RADISSON Hotel MANAGEMENT AS WELL AS THE ERIE COUNTY SHERIFFS OFFICE ON JUNE 16th 2021 at 100 Whitehaven Rd GRAND ISLAND, NY 14072

See attached "STATEMENT of CLAIM ① and ②

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See statement of claim ① and ②

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

See statement of claim ① and ②

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur?

June 16th 2021 in the evening

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

See attached page (1) and (2) Statement of claim

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I received 2 puncture wounds from the taser and experienced significant psychological harm that results in nightmares and anxiety on a frequent basis. See attached statement of claim (1) and (2)

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

For the pain and suffering I've endured from This Nightmare event that was further used to incarcerate me with fruit of the poisonous tree, I seek Five Million dollars. See attached Statement of claim (1) and (2)

I also seek the suppression of evidence obtained from the unreasonable Search and unreasonable seizure, both physical and digital, which occured Pursuant to the 4th amendment violation of my Constitutional Right to privacy on 6/16/21, be applied to my 21-CR-80 case.

I also seek a return of all property seized under Fed. R. Civ. P. 41(g)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

I WAS NOT AN INMATE AT The Time the violation occured.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) __________

   Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. __________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/21/24

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: Carlo D'Angelo

Prison Identification #: 151411A

Prison Address: P.O Box 496

Lockport | NY | 14094

City | State | Zip Code

### B. For Attorneys

Date of signing: ____________

Signature of Attorney: ____________

Printed Name of Attorney: ____________

Bar Number: ____________

Name of Law Firm: ____________

Address: ____________

City | State | Zip Code

Telephone Number: ____________

E-mail Address: ____________



Print | Save As... | Add Attachment | Reset

IV

Statement of Claim

1/3

42 U.S.C.S 1983 Deprivation of 4th 5th and 14th AMENDMENT RIGHTS

On 6/16/21 I arrived at THE NIAGARA RADISSON HOTEL ON GRAND ISLAND, N.Y. Upon arrival I paid for a room at the lobby desk and returned to my 2015 Lexus RX 450H which I had parked in the hotel's round-about. Utilizing a cart I removed a few boxes and brought them up to my room. I then laid down to rest for a moment.

My next conscious thought was panick and confusion as three Erie County Sheriffs were waking me explaining the Radisson called them for a welfare check because I left my car parked in the round about. They said they came to my room, heard me snorring, and decided to come in to make sure I was ok. They said they put handcuffs on me while I was sleeping because they saw science equipment among my personal affects. I was naked, in bed sleeping, and they put handcuffs on me, I was O.K before they entered my room without a warrant or my permission, Clearly I wasn't OK. once I awoke. I was violated.

Not asigle item in my room was illegal under the ERIE COUNTY SHERIFFS Juristiction, or N.Y.S. Penal Code.

I got up to see if I could spot my vehicle from the balcony window and was tased by two of the Sheriffs simultaneously. Unable to breathe, handcuffed, naked, I was repeatedly tased. I thought they were trying to murder me.

2/3

I WAS Then taken to an ambulance strapped into a chair, wearing only my boxer shorts. I was wheeled past a crowd of onlookers who were guests at the Hotel. The hotel owner was present when I was being wheeled out.

The Radisson Management violated my 4th amendment Rights to Privacy by unlocking the door for the Erie County Sheriffs Officers

My vehicle was moved to the hotel parking lot by an unknown entity.

I was taken to ECMC where I was forced to undergo 24 hours of observation.

My vehicle was rummaged through by individuals, Miranda Bova and others. Tools were stolen and my car was torn apart.

The violation of my 4th, 5th and 14th constitutional Rights occured this day at the hand of Erie County Sheriffs Office officer's as well as the Niagara Radisson.

By the officers own admission they heard me snorring when they came to my door. Therefore no claim of exigent circumstances can be made and survive. If I'm snorring, I'm not in danger. My vehicle was parked for an alleged 6 hours in the round about. If the Radisson didn't intend to offer valet parking and it was unable to reach me by phone, it should have towed my car.

3/3

INSTEAD, they violated my 4th Amendment RIGHT to privacy by allowing ECSO to enter my room.

ECSO Then violated my 4th Amendment Right to privacy by entering the room, searching the room while I slept and after I woke.

ECSO Then violated my 5th Amendment Right of due process by handcuffing me while I slept, Naked, depriving me of liberty.

ECSO Then violated my 14th Amendment Right to Not have excessive force used. ECSO Tasing me twice while handcuffed, naked, was unjustified. They shouldn't have even been present in my Room. They used evidence seized to build a federal case against me. The clear abuse of power that transpired on 6-16-21 by ECSO who were eager to violate my privacy once the identity of my person was known to them, has caused unspeakable trauma and exasperated my previous PANIC DISORDER Diagnosis. They also stole 5k # in equipment and other possessions of mine without so much as providing me a receipt. I Respectfully Reqvest ASSIGNED COUNSEL to Represent me based on the complexity of this claim. I Seek 5 million dollars to cover the trangressions of the Radisson Niagara as well as the ECSO

Thank you

Carlo D'Angelo

[signature]

To: U.S. District Court Clerk,

Greetings! INSIDE This package you will find (6) envelopes. Each contains a civil action. In total you will find:

(5) 42 USCS 1983 Claims

and

(1) Bivens Federal Claim

Thank you!

Carlo D'Angelo

[signature] 3-24-24

P.O Box 496
Lockport NY 14094

Any Questions?
Call
Shannon D'Angelo (716) 429-7747

Carlo D'Angelo
P.O Box 496
Lockport, NY 14094

USDC-WDNY
MAR 29 2024
BUFFALO

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$18.40
Origin: 14132
03/27/24
3574350132-11

PRIORITY MAIL®

1 Lb 11.00 Oz
RDC 03

EXPECTED DELIVERY DAY: 03/29/24

C030

SHIP TO:
STE 200
2 NIAGARA SQ
BUFFALO NY 14202-3350

USPS TRACKING® #

9505 5150 1232 4087 3502 83

13.625
5

X

United States Courthouse
United States District C
200 U.S Courthouse
2 Niagara Square
Buffalo, NY 14202-

VISIT US A
ORDER FREE S

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

24 CV 298

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Carlo Robert D'Angelo Pro Se

(b) County of Residence of First Listed Plaintiff ______
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

**DEFENDANTS** Erie County Sheriffs office
3 unknown Erie county Sheriffs office officers
Niagara Radisson Hotel of Grand Island

County of Residence of First Listed Defendant ______
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 42 U.S.C. 1983
4th Amendment Constitutional Rights violation - See Attached
Brief description of cause: - See Attached
Defendants violated my 4th, 5th, 14th Amendment Rights to Privacy and used Excessive force.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 5 million USD
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE ______ SIGNATURE OF ATTORNEY OF RECORD ______

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE JLS MAG. JUDGE ______